**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                    Case No. 8:12-cr-558-T-33AEP

MAYNOR AYALA-LARA
_____

**Order Regarding Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2)**
**Based on USSG Amend. 782**

This matter comes before the Court sua sponte in an effort to provide clarity in the record. On October 3, 2016, the United States Probation Office filed an Amendment 782 Memorandum indicating that the Defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, see USSG § 1B1.10(d) (2014). (Doc. # 383). Specifically, the Amendment 782 Memorandum indicates Defendant is not eligible because the drug quantity table remains at level 38. (Id.). In addition, the Federal Defender has filed a notice informing the Court that it "cannot argue in good faith that Defendant is eligible for a sentence reduction . . . because the amendment does not have the effect of lowering Defendant's base offense level." (Doc. # 398 at 2). Therefore, the Court does not grant a sentence reduction pursuant to Amendment 782.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of December, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE